IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| DENZIL DEAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-4271-CV-C-NKL |
| | ) | |
| FULTON STATE HOSPITAL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On March 9, 2006, the United States Magistrate Judge recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on March 29, 2006. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's March 9, 2006 Report and Recommendation is adopted [18]. It is further

ORDERED that defendants' motion to dismiss is granted and plaintiff's claims are dismissed for failure to state a claim for which relief can be granted [10]. It is further

ORDERED that plaintiff's motion for injunctive relief is denied [9].

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: May 15, 2006
Jefferson City, Missouri